172

Commonwealth, Appellant, *v.* Fisher.

Argued November 9, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Peter F. Cianci,* Assistant District Attorney, with him *Frederick O. Brubaker,* District Attorney, for appellant.

*C. Wilson Austin,* with him *Samuel R. Liever,* for appellee.

OPINION PER CURIAM, January 18, 1960:

The order of the Superior Court is affirmed on the opinion of Judge WRIGHT.

Booz, Appellant, *v.* Reed.